IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-CR-9-1D(3)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| SHELBY SHERROD PETTIES, | ) | |
| | ) | |
| Defendant. | ) | |

The United States shall submit its proposed jury instructions no later than May 2, 2016.

SO ORDERED. This **25** day of April 2016.

JAMES C. DEVER III
Chief United States District Judge