IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-CR-9-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| SHELBY SHERROD PETTIES, | ) | |
| | ) | |
| Defendant. | ) | |

On August 18, 2020, Shelby Sherrod Petties moved to dismiss multiplicitous counts [D.E. 103]. The United States shall respond to the motion by October 26, 2020.

SO ORDERED. This _13_ day of October 2020.

JAMES C. DEVER III
United States District Judge